**Christopher Eugene BUCKNER, Plaintiff-Appellant,**

v.

**UNITED PARCEL SERVICE, INCORPORATED, Defendant-Appellee.**

No. 17-1127

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

Christopher Eugene Buckner, Appellant Pro Se. Susan Ballantine Molony, ALSTON & BIRD, LLP, Charlotte, North Carolina; Glenn G. Patton, ALSTON & BIRD, LLP, Atlanta, Georgia, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Buckner appeals the district court's order dismissing his complaint against his former employer. We have reviewed the record and find no reversible error. *See Union Carbide Corp. v. Richards*, 721 F.3d 307, 314-15 (4th Cir. 2013); *Foy v. Giant Food Inc.*, 298 F.3d 284, 287-88 (4th Cir. 2002). Accordingly, we affirm for the reasons stated by the district court. *Buckner v. United Parcel Serv.*, No. 5:16-cv-00644-D, 2016 WL 6477048 (E.D.N.C. Oct. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*